IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01696–RM–KMT

EL TOLEDO, LLC, a Colorado limited liability company,

    Plaintiff,

v.

SEQUOIA INSURANCE COMPANY,  a California corporation,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion to Stay and Compel Appraisal and Request for Expedited Briefing" (Doc. No. 26, filed Feb. 3, 2015) is DENIED in part to the extent it seeks an expedited briefing scheduling, and TAKEN UNDER ADVISEMENT in part.  Rather than expediting briefing due to upcoming discovery deadlines, the court elects to STAY discovery until ruling on Plaintiff's motion to compel appraisal.  Defendant shall file a response to Plaintiff's Motion no later than February 27, 2015 and Plaintiff may file a reply no later than March 16, 2015.

Dated:  February 5, 2015