IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01696–RM–KMT

EL TOLEDO, LLC, a Colorado limited liability company,

     Plaintiff,

v.

SEQUOIA INSURANCE COMPANY,  a California corporation,

     Defendant.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant's Unopposed Motion to Stay Discovery and Vacate Current Deadlines Pending the Court's Ruling on Sequoia's Pending Motion to Compel Appraisal" (Doc. No. 31, filed Apr. 4, 2015) is GRANTED.  All discovery in this action is STAYED pending ruling on Defendant's Motion to Compel Appraisal and the deadlines established in the Scheduling Order, including the November 19, 2015 Final Pretrial Conference, are VACATED.  The parties shall file a joint status report within 10 days after ruling on the Motion to Compel Appraisal to advise if the Stay should be lifted and the Scheduling Order deadlines reset.

Dated: April 7, 2015