**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-01696-RM-KMT

EL TOLEDO, LLC, a Colorado limited liability company,

    Plaintiff,

v.

SEQUOIA INSURANCE COMPANY, a California Corporation,

    Defendant.

___

**ORDER**
___

    Upon consideration of Defendant Sequoia Insurance Company ("Sequoia") and Plaintiff El Toledo, LLC's ("El Toledo") response (ECF No. 51) to the Court's Order to Show Cause entered on December 10, 2015 (ECF No. 50), the Court:

    (1)    DISCHARGES the Order to Show Cause (ECF No. 50).

    DATED this 15th day of December, 2015.

                                            BY THE COURT:

                                            RAYMOND P. MOORE
                                            United States District Judge